## Peter P. Van Vleet v. Robert Blackwood.

*Mortgages: Assignment: Recital of prior assignment: Admissions.* An assignment of a mortgage which recites a prior assignment ,by the same person to another is of no avail to prove title in the assignee named therein, as it is an admission that the assignor had no title to assign.

*Recitals: Title: Admissions: Evidence.* The further recital, that the prior assignment was made to one under whom the present assignee claimed, is no evidence of that fact; while one may admit title out of himself, he cannot admit title into any other.

*Submitted on briefs January 14.    Decided January 21.*

Error to Lenawee Circuit.

This was ejectment brought by Blackwood, who claimed title by virtue of a mortgage dated May 27, 1837, given by one Miller, then owner of the land, to one Adee.

*Stacy & Underwood,* for plaintiff in error.

*Walker & Weaver,* for defendant in error.

PER CURIAM:

This case will be reversed on the ground that the plaintiff below showed no title to the mortgage.   He claimed under an assignment from Adee which recited a previous assignment to another person; which, in other words, admitted that the assignor had no title to assign.   True, it says the prior assignment was made to Samuel Blackwood under whom the plaintiff claimed; but this was no evidence of that fact.   Adee could admit title out of himself, but he could not admit title into any other.